Page 1

```
         UNITED STATES DISTRICT COURT
          DISTRICT OF MASSACHUSETTS
CA. NO: 4:17-cv-40166          VOLUME I


*****************************************
JOSE MOURA, SR., PERSONAL REPRESENTATIVE
OF THE ESTATE OF JOSE MOURA, JR., LORI
TURNER, as Parent and Next Friend of
Minor Plaintiffs A.M., C.M., and J.M.,
LORI TURNER, Individually,
          Plaintiffs,
     vs.
NEW PRIME, INC., JOHN DOE, ADMINISTRATOR
OF THE ESTATE OF JOHN PAUL CANNON,
SUCCESS LEASING, INC.; ECOTIRE TREADING
CO., LLC; WOLVERINE LAND HOLDINGS, LLC;
PRIME FLORAL, LLC.; CAMPUS, INC., and
L.H.P. TRANSPORTATION SERVICES, INC.,
          Defendants
*****************************************
```

              VIDEO-CONFERENCE
DEPOSITION of BARBARA CANNON, a witness called on behalf of the Plaintiffs, pursuant to the Massachusetts Rules of Civil Procedure, before Lisa E. Berkland, a Certified Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts, held via Zoom, on Friday, May 8, 2020, commencing at 1:10 p.m..

              MERIT REPORTING
               P.O. BOX 286
        WESTWOOD, MASSACHUSETTS  02090
              (508) 380-8201

Page 20

1   Q.   Do you have access to that account?
2   A.   No.
3   Q.   Have you tried to get access to that
4        account?
5   A.   No.
6   Q.   Did he write you e-mails when he was out
7        on the road?
8   A.   No.
9   Q.   How did he communicate with you when he
10       was out driving?
11  A.   By cell phone, whether text messages or
12       phone calls.  Most of the time it was
13       phone calls.
14  Q.   Do you have a Facebook page, Ms. Cannon?
15  A.   Yes, I do.
16  Q.   What is it?
17  A.   It's Barbara Holmes Cannon.
18  Q.   While he was alive, did Mr. Cannon have a
19       Facebook page?
20  A.   Yes, he did.  John Cannon.
21  Q.   Was it John Cannon or John Paul Cannon?
22  A.   John Cannon.
23  Q.   Do you have access to that Facebook page?
24  A.   Yes, I believe so, but I don't know his

Page 21

```
 1         password.  So to get into that would be
 2         very difficult for me.
 3    Q.   You are still friends with him, though,
 4         on your Facebook?
 5    A.   Yes.  His daughter memorialized his page.
 6    Q.   What do you mean?  Is that a thing that
 7         you can do?  I'm not a member of
 8         Facebook.
 9    A.   Yes, it's a thing you can do through
10         Facebook so people who go to his Facebook
11         page, it's to let them know that he has
12         passed on.
13    Q.   Does it preserve the contents of his
14         Facebook page?
15    A.   I don't know.
16    Q.   Have you tried to capture the contents of
17         his Facebook page?
18    A.   No.
19    Q.   Have you received correspondence from me
20         recently that asked for you to capture
21         his Facebook page?
22    A.   No, I have not.
23    Q.   Do you still have copies of text messages
24         or photographs that Mr. Cannon sent you
```

```
 1         while he was driving on the road?
 2   A.    Photographs.  But most of them are ones
 3         that I took when I would go with him.  As
 4         far as other communications -- let me
 5         look, please, because I can't remember.
 6         I don't look back at it any more.  It
 7         just makes me sad.
 8   Q.    I understand.
 9              (Pause.)
10   A.    I took him out because I couldn't see it
11         any more.  I couldn't look at him any
12         more.
13   Q.    When did you do that?  When did you take
14         him out?
15   A.    Last year.
16   Q.    In 2019?
17   A.    Yes.
18   Q.    Do you remember when?
19   A.    No.
20   Q.    Were you asked -- just a minute.
21              (Pause.)
22   Q.    Do you remember, was it early in the
23         year, later in the year, when you took
24         him out?
```

1   A.   When I say "I took him out," I removed

2        him from my phone because I couldn't read

3        his messages any more.  And, no, I don't

4        remember at what particular time it was.

5        I just know it was last year.

6   Q.   Did you save a copy of those messages

7        anywhere?

8   A.   No.

9   Q.   Do you remember when you were served with

10       a lawsuit in this matter?

11  A.   Yes.

12  Q.   When was that?

13  A.   I don't remember the date.  I'm sorry.  I

14       don't remember things like that, as far

15       as dates and such, because of my

16       fibromyalgia and the way it clouds my

17       brain.

18  Q.   Okay.  I'm going to show you something

19       here.

20              MR. PARENTEAU:  Andy, this was

21       not marked.

22  Q.   Ms. Cannon, can you see that screen

23       there?

24  A.   Yes.