**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOSE MOURA, SR., PERSONAL REPRESENTATIVE OF THE ESTATE OF JOSE MOURA, JR., LORI TURNER, AS PARENT AND NEXT FRIEND OF MINOR PLAINTIFFS A.M., C. M., AND J. M., LORI TURNER, INDIVIDUALLY<br><br>    PLAINTIFFS,<br>V.<br><br>NEW PRIME, INC., BARBARA CANNON, ADMINSTRATOR OF THE ESTATE OF JOHN PAUL CANNON, SUCCESS LEASING, INC.; ECOTIRE TREADING, CO, LLC; WOLVERINE LAND HOLDINGS, LLC; PRIME FLORAL, LLC.; CAMPUS, INC., and L.H.P. TRANSPORTATION SERVICES, INC.<br><br>    DEFENDANTS. | Civil Action No.: 17-40166 |

**STIPULATION OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the parties, through their respective counsel, hereby agree and stipulate that any and all claims in this action by and/or against defendants EcoTire Treading, Co., LLC, Wolverine Land Holdings, LLC, Campus, Inc., and L.H.P. Transportation Services, Inc. shall be dismissed with prejudice and without costs, each party bearing its own attorneys' fees, and with all rights of appeal waived. The remaining parties' claims are preserved.

| | |
|---|---|
| Respectfully submitted,<br>Plaintiffs, | Respectfully submitted,<br>Defendants, |
| JOSE MOURA, SR., PERSONAL REPRESENTATIVE OF THE ESTATE OF JOSE MOURA, JR., LORI TURNER, AS PARENT AND NEXT FRIEND OF MINOR PLAINTIFFS A.M., C. M., AND J. M., LORI TURNER, INDIVIDUALLY | NEW PRIME, INC., BARBARA CANNON, ADMINSTRATOR OF THE ESTATE OF JOHN PAUL CANNON, SUCCESS LEASING, INC.; ECOTIRE TREADING, CO, LLC; WOLVERINE LAND HOLDINGS, LLC; PRIME FLORAL, LLC.; CAMPUS, INC., and L.H.P. TRANSPORTATION SERVICES, INC. |
| By their Attorney, | |
| */s/ Donald R. Grady, Jr.* | By their attorney, |
| Donald R. Grady, Jr., Esq. (BBO# 544841)<br>Matthieu J. Parenteau, Esq. (BBO# 679941)<br>(BBO# 679941)<br>10 Tremont Street, 7th Floor<br>Boston, Massachusetts 02108<br>(P) 617.227.7000<br>MParenteau@shefflaw.com | */s/ Andrew J. Fay*<br><br>Andrew J. Fay, Esq., BBO #550058<br>FAY LAW GROUP, LLC<br>One Boston Place, Suite 2600<br>Boston, MA  02108<br>Phone: (617) 826-6006<br>Email: afay@faylawgrp.com |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 21, 2020.

*/s/ Andrew J. Fay*

2