UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JOSE MOURA, SR., PERSONAL REPRESENTATIVE OF THE ESTATE OF JOSE MOURA, JR., LORI TURNER, AS PARENT AND NEXT FRIEND OF MINOR PLAINTIFFS A.M., C. M., AND J. M., LORI TURNER, INDIVIDUALLY**<br><br>    **PLAINTIFFS,**<br>**V.**<br><br>**NEW PRIME, INC., BARBARA CANNON, ADMINSTRATOR OF THE ESTATE OF JOHN PAUL CANNON, SUCCESS LEASING, INC.; and PRIME FLORAL, LLC.**<br><br>    **DEFENDANTS.** | **Civil Action No.: 17-40166** |

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the parties, through their respective counsel, hereby agree and stipulate that any and all claims in this action by and/or against defendants New Prime, Inc. and Prime Floral, LLC. shall be dismissed with prejudice and without costs, each party bearing its own attorneys' fees, and with all rights of appeal waived.  The Plaintiffs' claims against Barbara Cannon, Administrator of the Estate of Jose Moura, Jr., and Success Leasing are preserved.

| | |
|---|---|
| Respectfully submitted,<br>Plaintiffs, | Respectfully submitted,<br>Defendants, |
| JOSE MOURA, SR., PERSONAL REPRESENTATIVE OF THE ESTATE OF JOSE MOURA, JR., LORI TURNER, AS PARENT AND NEXT FRIEND OF MINOR PLAINTIFFS A.M., C. M., AND J. M., LORI TURNER, INDIVIDUALLY | NEW PRIME, INC., BARBARA CANNON, ADMINSTRATOR OF THE ESTATE OF JOHN PAUL CANNON, SUCCESS LEASING, INC.; PRIME FLORAL, LLC. |
| By their Attorney, | By their attorney, |
| */s/ Matthieu J. Parenteau* | */s/ Andrew J. Fay* |
| Donald R. Grady, Jr., Esq. (BBO# 544841)<br>Matthieu J. Parenteau, Esq. (BBO# 679941)<br>(BBO# 679941)<br>10 Tremont Street, 7th Floor<br>Boston, Massachusetts 02108<br>(P) 617.227.7000<br>MParenteau@shefflaw.com | Andrew J. Fay, Esq., BBO #550058<br>FAY LAW GROUP, LLC<br>One Boston Place, Suite 2600<br>Boston, MA  02108<br>Phone: (617) 826-6006<br>Email: afay@faylawgrp.com |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 25, 2021.

*/s/ Andrew J. Fay*