UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Moura, et al.,

                     Plaintiffs,

                                                                      CIVIL ACTION

     v.

                                                                        NO. 17-40166-TSH

New Prime, Inc., et al.,

                     Defendants,

## JUDGMENT

HILLMAN, D. J.

In accordance with the Court's Order dated 9/27/21, granting defendants' motions for summary judgment in the above-entitled action, it is hereby ORDERED:

Judgment for the   Defendants

                                                                                 By the Court,

    9/28/21                                                       /s/ Martin Castles
     Date                                                         Deputy Clerk